COSCA LAW CORPORATION
CHRIS COSCA   (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KI JANG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KI JANG,<br><br>            Defendant. | CASE NO. 2:21-CR-00207-TLN<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

    Defendant KI JANG is currently in custody at the San Bernardino Detention center in Southern California. His initial appearance in this case is expected soon. Attorney Christopher Cosca has agreed to represent him as appointed counsel. Mr. Jang recently qualified for appointed counsel in the Southern District of California. To facilitate timely representation in this case and pursuant to the Criminal Justice Act (Title 18 U.S.C. § 3006A), the court appoints Christopher Cosca as counsel of record for Ki Jang.

    **SO ORDERED.**

    Dated:  June 9, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE