PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-207 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| KI JANG, | |
| Defendant. | |

The United States and the defendant stipulate as follows:

1. By previous order, this matter was set for status conference on September 7, 2023.

2. By this stipulation, defendant now moves to continue the hearing to November 30, 2023, at 9:30 a.m.. The defendant and the government (the "parties") also jointly move to exclude time between September 7, 2023, and November 30, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 30,000 pages of law enforcement reports, bank records, photographs, audio recordings, and search warrant items. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review

STIPULATION AND ORDER                  1

discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial.

      c)     Mr. Jang requires the use of a Korean language interpreter, which requires scheduling, and slows review of the discovery materials.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2023 to November 30, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 30, 2023

PHILLIP A. TALBERT  
United States Attorney

/s/ Audrey B. Hemesath  
Audrey B. Hemesath  
Assistant United States Attorney

STIPULATION AND ORDER    2

| | |
|---|---|
| Dated:  August 30, 2023 | /s/ CHRISTOPHER COSCA <br> CHRISTOPHER COSCA <br> Counsel for Defendant <br> Ki Jang |

## ORDER

IT IS SO FOUND AND ORDERED this 31st day of August, 2023.

_____
Troy L. Nunley
United States District Judge